IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-02945-MEH

THERESA JEANETTE RICHMOND,

     Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

     Defendant.

---

## FINAL JUDGMENT

---

     Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael E. Hegarty on August 17, 2015, incorporated herein by reference, it is

     ORDERED that the Commissioner's final order is REVERSED.  It is

     FURTHER ORDERED that the matter is REMANDED to the Commissioner for further proceedings consistent with this order and judgment.  It is

     FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Theresa Jeanette Richmond, and against Defendant, Carolyn W. Colvin, Commissioner of Social Security.

     DATED at Denver, Colorado this 17th  day of August, 2015.

                         FOR THE COURT:

                         JEFFREY P. COLWELL, CLERK

s/S. Libid
Stacy Libid, Deputy Clerk