IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02945-MEH

THERESA RICHMOND,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

---

## ORDER
_____

**Michael E. Hegarty, United States Magistrate Judge**.

The Stipulation for Equal Access to Justice Act Attorney Fees [filed October 6, 2015; docket #26] is **granted** and the Plaintiff is awarded a total of $4,300.00 in attorney's fees and costs pursuant to 28 U.S.C. § 2412(d)(1)(A). The check shall be made payable to the Plaintiff and delivered to Plaintiff's counsel's office. *See* 28 U.S.C. § 2412(d)(1)(A); *see also Astrue v. Ratliff*, 560 U.S. 586, 589 (2010).

Dated at Denver, Colorado this 7th day of October, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge